SAM A. DRYE, as Administrator, etc., of JOSEPH DRYE, Deceased, Respondent, v. BROOKLYN BOROUGH GAS COMPANY and FISHKIND REALTY COMPANY, INC., Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground of errors in the charge. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of HELEN MEEHAN, Respondent, v. PATRICK GROGAN, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, v. YORK AWNING COMPANY, INCORPORATED, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

G. HOWARD HODGE, INC., Appellant, v. MAX GOLDEN, Individually and as the Secretary and Treasurer of the Millinery and Ladies Straw Blockers Union, Local 42, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of EMIL DOMINGO, Respondent, v. FRENCH BOTTLING WORKS, INC., Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NORTHERN TERMINAL CORPORATION OF NEW YORK, Appellant, v. JAMES N. BUTTERLY and ANNIE J. BUTTERLY, Respondents, Appellants, and DYCKMAN MARKET TERMINAL CORPORATION and Others, Defendants.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRENE C. DEHAEN, as Administratrix, etc., of MATHEW T. LANDY, Deceased, Respondent, v. ROCKWOOD SPRINKLER COMPANY OF MASSACHUSETTS and Others, Appellants.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents and votes for dismissal of the complaint as to the defendant Turner Construction Company, Inc., on the ground that there is nothing to show causal relation between the alleged violation of the statute █ and the accident.

BENJAMIN BLOCK and Others, Respondents, v. WILLIAM C. DURANT and Others, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.